In re Anderson, Constance Rae; Ellzey, Linda P.; Foster, James V.; Friederick-son, James; Hosford, Karen R.; Hosford, Robert P.; Neville, Patrick R.; Price Jr., Richard F. et ah; Price, John v.; Smith, Craig; Waters Jr., William A.; Waters, Haydee Marie; Waters, Mary Frances; Wheeler, Barbara H.; Youmans, Julia Heile; — Plaintiff(s); Applying For Writ of Certiorari and/or Review, Parish of Plaquemines, 25th Judicial District Court
Denied. Div. A, No. 52-535; to the Court of Appeal, Fourth Circuit, No. 2008-CA-1184.